UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Anthony Thorpe**  Docket No. 5:16-CR-15-1D

### Petition for Action on Supervised Release

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Anthony Thorpe, who, upon an earlier plea of guilty to 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), Possession of a Firearm by a Felon, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on October 4, 2016, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Michael Anthony Thorpe was released from custody on October 12, 2021, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant submitted a urinalysis sample which tested positive for cocaine on October 14, 2021. The defendant has been referred to Daymark Recovery Services for a substance abuse assessment. The defendant's substance use will continue to be monitored through the Surprise Urinalysis Program. The defendant also agreed to participate in mental health treatment to address ongoing mental health issues.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Julie W. Rosa<br>Julie W. Rosa<br>Supervising U.S. Probation Officer | /s/ Peter J. Yalango<br>Peter J. Yalango<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 910-354-2546<br>Executed On: October 19, 2021 |

Michael Anthony Thorpe
Docket No. 5:16-CR-15-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __20__ day of __October__, 2021, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. District Judge